**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: H.B.M., A MINOR | : | No. 591 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: D.B., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of February, 2019, the Petition for Allowance of Appeal is

**DENIED**.